UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HENG REN INVESTMENTS LP,<br><br>Plaintiff,<br><br>v.<br><br>SINOVAC BIOTECH LTD. and WEIDONG YIN,<br><br>Defendants. | Civil Action No. 1:19-cv-11612-NMG<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANT SINOVAC BIOTECH LTD.'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b) AND FOR A STAY OF PROCEEDINGS

Defendant Sinovac Biotech Ltd. ("Sinovac"), by and through its undersigned counsel, hereby moves for reconsideration of the Court's denial, in part, of Sinovac's motion to dismiss Plaintiff's First Amended Complaint, as set forth in the Court's March 3, 2022 Memorandum and Order (Dkt. No. 58), or, in the alternative, for certification of an interlocutory appeal of that denial pursuant to 28 U.S.C. 1292(b), and a stay of proceedings pending disposition of this motion and of any related appeal. As grounds therefor, Sinovac relies on its memorandum of law and accompanying declaration filed concurrently herewith.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Sinovac respectfully requests that the Court schedule oral argument on this motion.

Dated:  March 21, 2022                                        Respectfully submitted,

                                                              LATHAM & WATKINS LLP

/s/ Eric F. Leon
Eric F. Leon (*pro hac vice*)
Jooyoung Yeu (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
eric.leon@lw.com
jooyoung.yeu@lw.com

J. Christian Word (*pro hac vice*)
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
christian.word@lw.com

William J. Trach (BBO # 661401)
200 Clarendon Street
Boston, MA 02116
(617) 948-6000
william.trach@lw.com

*Attorneys for Defendant Sinovac Biotech Ltd.*

## LOCAL RULE 7.1 CERTIFICATION

      Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with counsel for Plaintiff in a good faith effort to resolve or narrow the issues raised in this motion, and Plaintiff's counsel opposes this motion.

                                                  /s/ Eric F. Leon
                                                  Eric F. Leon

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on March 21, 2022.

                                                /s/ Eric F. Leon
                                                Eric F. Leon