# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Heng Ren Investments LP
_____
Plaintiff(s)

V.

Sinovac Biotech Ltd., Weidong Yin
_____
Defendant(s)

CIVIL ACTION
NO. 19-11612

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE GORTON

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On 4/25/2023 I held the following ADR proceeding:

☐ SCREENING CONFERENCE         ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION                    ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL                   ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☑ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☐ Settled. Your clerk should enter a _____ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☑ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:

Further mediation unlikely to be productive at this stage of the litigation.

4/25/2023
DATE

/s/ Paul G. Levenson
ADR Provider

(ADRReportforpdf.wpd  - 4/12/2000)