UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HENG REN INVESTMENTS LP,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SINOVAC BIOTECH LTD. and<br>WEIDONG YIN,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:19-cv-11612-NMG |

**JOINT STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Heng Ren Investments LP ("Heng Ren") and Sinovac Biotech Ltd. ("Sinovac"), through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims asserted in this action by Heng Ren shall be, and hereby are, dismissed with prejudice in their entirety, with each of the parties to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED**

Dated:  June 13, 2024

| | |
|---|---|
| Heng Ren Investments LP | Sinovac Biotech Ltd. |
| By its attorneys, | By its attorneys, |
| */s/* Stephen Ryan, Jr.<br>Stephen Ryan, Jr., Esq. (BBO#669727)<br>BEATON AND PETERSEN PLLC<br>11 Maple Avenue<br>Shrewsbury, MA 01545<br>Telephone: (508) 842-2540<br>stephen@beatonpetersen.com | */s/* Eric F. Leon<br>Eric F. Leon (*pro hac vice*)<br>Jason C. Hegt (*pro hac vice*)<br>Jooyoung Yeu (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>eric.leon@lw.com<br>jason.hegt@lw.com<br>jooyoung.yeu@lw.com |
| | William J. Trach (BBO#661401)<br>LATHAM & WATKINS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>Telephone: (617) 948-6000<br>Facsimile: (617) 948-6001<br>william.trach@lw.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2024, a true and correct copy of the foregoing document was served on all parties of record via email.

                                             _/s/ Stephen Ryan, Jr._
                                             Stephen Ryan, Jr.